FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 FEB 12 AM 11: 25

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH JASON MOORE,

    Plaintiff,

v.                      406CV247

BRYAN COUNTY, *et al.*,

    Defendants.

## O R D E R

In a Report and Recommendation (R&R), the Magistrate Judge advises this Court to dismiss Kenneth Jason Moore's 42 U.S.C. § 1983 case because he in reality is masquerading a habeas petition as a civil rights action, which is prohibited by *Heck v. Humphrey*, 512 U.S. 477 (1994). Doc. # 8 at 3-6. This and other reasons warrant dismissal. *Id.* at 7.

Other than a now-moot, pre-R&R time-extension motion (doc. # 7), Moore has filed nothing in response (an Objection) to the R&R, and this Court otherwise sees no reason not to adopt the R&R. Accordingly, the Court **DENIES** Kenneth Jason Moore's time-extension motion (doc. # 7), **ADOPTS** the R&R (doc. # 8) and **DISMISSES** his Complaint **WITH PREJUDICE**.

This 12 day of February, 2007.

*[signature]*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA